IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00499-RM-STV

CHRISTINE WAUGH,

    Plaintiff,

    v.

RIGNET, INC., JAMES H. BROWNING, GAIL SMITH,
STEVEN E. PICKETT, KEVIN J. O'HARA, MATTIA
CAPRIOLI, DITLEF DE VIBE, KEVIN MULLOY,
KEITH OLSEN, and BRENT K. WHITTINGTON,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christine Waugh hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: April 19, 2021　　　　　　　　　　　　Respectfully submitted,

                                                          **HALPER SADEH LLP**

                                                          <u>/s/ Daniel Sadeh</u>
                                                          Daniel Sadeh, Esq.
                                                          667 Madison Avenue, 5th Floor
                                                          New York, NY 10065
                                                          Telephone: (212) 763-0060
                                                          Facsimile: (646) 776-2600
                                                          Email: sadeh@halpersadeh.com

                                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on April 19, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 19, 2021                    /s/ Daniel Sadeh
                                                    Daniel Sadeh